UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN, BX3065,<br><br>Plaintiff,<br><br>v.<br><br>SARA ARRIERO-GOFF, NP,<br><br>Defendant(s). | Case No. 25-cv-00953-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On April 29, 2025, the court dismissed plaintiff's prisoner complaint with leave to amend within 28 days. The court warned plaintiff that "[f]ailure to file a proper amended complaint within the designated time will result in the dismissal of this action." ECF No. 6 at 2.

But more than 40 days have passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. This action accordingly is DISMISSED.

The clerk is instructed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: June 10, 2025

CHARLES R. BREYER
United States District Judge